UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIO CESAR CASTILLO CARBAJAL, et. al., <br><br> Plaintiff, <br><br> -against- <br><br> K&P FACILITIES MAINTENANCE, INC., et al., <br><br> Defendants. | **ORDER** <br><br> 23-CV-00269 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle. (Doc. 27). Accordingly, the parties are directed to file their *Cheeks* submission, including the settlement agreement, joint letter, and proposed order, by May 24, 2023.

SO ORDERED:

Dated: White Plains, New York
       May 3, 2023

_____
PHILIP M. HALPERN
United States District Judge