# PECHMAN LAW GROUP
### ATTORNEYS

488 MADISON AVENUE
NEW YORK, NEW YORK
(212) 583-9500
WWW.PECHMANLAW.COM

> Application denied without prejudice to renewal before the magistrate judge. The Order referring this case to the magistrate judge will be docketed separately.
>
> The Clerk of Court is respectfully requested to terminate the motion sequence pending at Doc. 30.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> May 25, 2023

**VIA ECF**

Honorable Phillip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:  *Castillo Carbajal, et al., v. K&P Facilities Maintenance, Inc., et al,*
          23 Civ. 269 (PMH)

Dear Judge Halpern:

    We represent Plaintiffs in the above-referenced action, and write together with counsel for Defendants to request a one-week extension of today's deadline to file our *Cheeks* submission related to the FLSA settlement.

    The parties have finalized the terms of the settlement agreement and require the one-week extension to allow sufficient time for all parties to execute the agreement. This is the first request of an extension of this deadline.

    We thank the Court for its consideration of this matter.

                                        Respectfully submitted,

                                        *s/ Vivianna Morales*

                                        Vivianna Morales

cc:  Counsel for Defendants (via ECF)